### STATE OF CONNECTICUT *v.* JIMMY STEVENSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 29 (AC 20133), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state's cross-examination of the defendant and final argument deprived the defendant of a fair trial?"

The Supreme Court docket number is SC 16824.

*Toni M. Smith-Rosario,* assistant state's attorney, in support of the petition.

*Barbara J. O'Brien,* special public defender, in opposition.

Decided September 5, 2002

### STATE OF CONNECTICUT *v.* MARK WEGMAN

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 171 (AC 20999), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Michael Dolan,* in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided September 5, 2002